# UNITED STATES DISTRICT COURT
### for the
### Middle District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 1:99CR291-1 |
| KENNETH MAX JEFFERS | ) USM No: 15873-057 |
| Date of Previous Judgment: February 28, 2000 | ) James D. Williams, Jr. (retained) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**FILED JUN 2 7 2008** (stamp)

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 144 months **is reduced to** 120 months, but not less than time served, Order stayed for ten (10) days.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 120 to 121 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III. ADDITIONAL COMMENTS

The recalculation is made with the consent of the Government and the defendant. In determining whether and to what extent to allow the reduction, as set out in the Sentencing Guideline 1B1.10, the Court has considered the applicable Sentencing Guidelines, the sentencing factors contained in 18 U.S.C. § 3553(a), the nature and seriousness of the danger to any person or community posed by the reduction, and the post-sentencing conduct of the defendant, particularly in light of the consent of the parties.

Except as provided above, all provisions of the judgment dated February 28, 2000 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 6/27/2008

Effective Date: 7/07/2008
(if different from order date)

_____
Judge's signature

James A. Beaty, Jr., Chief United States District Judge
Printed name and title